IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANN BOGIE,

                Plaintiff,

v.

JOAN ALEXANDRA MOLINSKY
SANGER ROSENBERG, *et al.*,

                Defendants.

RECUSAL ORDER

11-cv-324-slc

---

With some reluctance but in an abundance of caution, I hereby recuse myself from this case pursuant to 28 U.S.C. § 455(a).

Entered this 10th day of August 2011.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge