IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANN BOGIE,

    Plaintiff,

v.

JOAN ALEXANDRA MOLINSKY SANGER
ROSENBERG A/K/A JOAN RIVERS,
IFC FILMS, LLC, BREAK THRU FILMS, INC.,
RICKI STERN, ANNIE SUNDBERG, and
SETH KEAL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-324-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting defendants' motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) as to defendants Stern, Sundberg and Keal.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered granting defendants' motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6); and plaintiff's complaint is dismissed with prejudice.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

3/20/12
Date